**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FO2GO LLC, | : |
| Plaintiff, | : C.A. No. 15-00091-RGA |
| v. | : |
| BOX, INC., | : JURY TRIAL DEMANDED |
| Defendant. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the parties hereto, subject to the approval of the Court, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in this action are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: October 23, 2015

| | |
|---|---|
| **BAYARD, P.A.** | **DLA PIPER LLP (US)** |
| */s/ Stephen B. Brauerman* | */s/ Denise S. Kraft* |
| Richard D. Kirk (rk0922) | Denise S. Kraft (DE No. 2778) |
| Stephen B. Brauerman (sb4952) | Brian A. Biggs (DE No. 5591) |
| Vanessa Ribeiro Tiradentes (vt5398) | 1201 North Market Street, Suite 2100 |
| Sara E. Bussiere (sb5725) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | Telephone: (302) 468-5700 |
| Wilmington, DE 19801 | Facsimile: (302) 778-7917 |
| rkirk@bayardlaw.com | denise.kraft@dlapiper.com |
| sbrauerman@bayardlaw.com | brian.biggs@dlapiper.com |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |
| | *Attorneys for Defendant Box Inc.* |
| *Attorneys for Plaintiff FO2GO LLC* | |

IT IS SO ORDERED this ____ day of _____, 2015.

_____
THE HONORABLE RICHARD G. ANDREWS

WEST\263114274.1